**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6612**
_____

GEORGE BRIDGES, JR.,

             Plaintiff - Appellant,

       v.

GARY BASS, Regional Administrator, VA. D.O.C.; HENRY PONTON,
Warden; D. SAUNDERS, Institutional Hearing Officer; M. T.
LOVE, B Building Lt Building Supervisor; P. R. BROWN, B
Building Sgt. Building Sgt.,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Mark S. Davis, District
Judge.  (2:12-cv-00538-MSD-DEM)

_____

Submitted:  September 29, 2015          Decided:  October 21, 2015

_____

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

George Bridges, Jr., Appellant Pro Se.  Margaret Hoehl O'Shea,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Bridges, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We grant Bridges' motions to amend to the extent they seek to amend his informal opening brief and deny his June 19, 2015 motion to the extent it seeks to amend his original complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bridges v. Bass, No. 2:12-cv-00538-MSD-DEM (E.D. Va. Mar. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED